# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00294-CV

**Sergio Gardea, Appellant**

**v.**

**GMAC Mortgage, LLC Successor by Merger to GMAC Mortgage Corporation, Its Successor and/or Assigns, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 12-1552-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On April 10, 2014, this Court sent notice to Sergio Gardea that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did respond to this Court by April 21, 2014. To date, Gardea has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed: May 7, 2014